In the Matter of Proceedings Supplementary to Execution. Jacob Hurwitz, Respondent, v. Hyman Bernstein, Appellant.— Motion denied, on condition that appellant perfect his appeal, place the cause on the

next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present—Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.